### A. & N. FOX *vs.* A. BAKER.

On setting a-
side an inquest
regularly ob-
tained, the de-
fendant will be
required to
withdraw the
plea of the stat-
ute of limita-
tions.

MOTION to set aside an inquest taken at the circuit. The inquest was regularly taken; the defendant's attorney denied having received notice of trial, but the service of the same was satisfactorily shewn. The defendant swore to merits.

*The Court* set aside the inquest on payment of the costs of the same, and the costs of resisting this motion, and imposed the farther condition on the defendant, of withdrawing the plea of the statute of limitations, in analogy to the practice on opening a default, and permitting a defendant to plead.

---

### JACKSON, ex dem. L. S. BURR, *vs.* HUNTLEY.

Where a party
taxes his costs
without notice,
a retaxation
will be ordered
with costs,
which, togeth-
er with the
sum deduct-
ed, will be sub-
tracted from
the execution.

MOTION for retaxation of costs. The plaintiff had his costs taxed, without notice to the opposite party.

*The Court* ordered a retaxation; the costs of this motion, and of the retaxation, together with such sum as may be deducted on the retaxation, to be credited on the execution issued in the cause.